UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR-04-30034-MAP |
| | ) |
| MICHAEL ALAN CROOKER, | ) |
| DEFENDANT. | ) |

SECOND MOTION FOR A CERTIFICATE OF INNOCENCE
PURSUANT TO 28 U.S.C. §2513(b)

The defendant, having been acquitted and exonerated by the First Circuit in that no crime was committed, <u>United States v. Crooker</u>, 2010 U.S. App. LEXIS 12580 (June 18, 2010, No. 07-1964), moved for a Certificate of Innocence Pursuant to 28 U.S.C. 2513(b) by motion dated June 23, 2010 and filed June 28, 2010. The government has not filed and served on Crooker any opposition, hence it is deemed that they acquiesce. Therefore the court should issue the requested certificate forthwith.

Respectfully submitted,

*[signature]*
Michael Alan Crooker, pro se
Federal Correctional Institution
P.O. Box 1000
Loretto, PA  15940

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed copies of the foregoing to (1) Kevin O'Regan, AUSA, U.S. Attorneys, 300 State St., Springfield, MA 01105, (2) Timothy Watkins, Attorney, Federal Defender Office, 51 Sleeper St., 5th Floor, Boston, MA 02210, and (3) Vincent Bongiorni, Attorney, 95 State St., Suite 309, Springfield, MA  01103.

Dated: July 19, 2010                    s/ *[signature]*