```
         UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA  )
                          )
        v.                )    Criminal No. 04-30034-MAP
                          )
MICHAEL CROOKER,          )
        Defendant.        )

Government's Opposition
to Defendant's Pro Se Motions

The United States of America, by Carmen M. Ortiz, United States Attorney for the District of Massachusetts, submits this memorandum in opposition to the defendant's fourth motion for a certificate of innocence (Docket No. 257) and second motion for return of property (Docket No. 258).

As noted in its previous responses, the government objects to the defendant's pro se pleadings and motions because he is not authorized to file them. The government requests that the Court enforce its earlier rulings prohibiting the defendant from filing pro se pleadings.

Nonetheless, the First Circuit's mandate has issued and it orders that a judgment of acquittal be entered. Therefore, the government does not oppose the issuance of a certificate of innocence with the judgment of acquittal stating that, based on the Court of Appeals' decision, he is not guilty of violating the statute he was convicted of violating.

The defendant's second pro se motion for return of property adds nothing to his first.  The government relies on its earlier response (Docket No. 256).

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

by:  /s/ Kevin O'Regan
     Kevin O'Regan
     Assistant U.S. Attorney

Date: September 1, 2010

Certificate of Service

September 1, 2010

I certify that I caused the foregoing document to be served via ECF on counsel for the defendant, Timothy G. Watkins, Esq.

        /s/ Kevin O'Regan
        Kevin O'Regan
        Assistant U.S. Attorney