UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                             CR 04-30034-MAP

MICHAEL CROOKER

JUDGMENT OF ACQUITTAL

September 9, 2010

PONSOR, D.J.

Pursuant to the Mandate of the United States Court of Appeals for the First Circuit entered on August 12, 2010, it is hereby ordered that a judgment of acquittal be entered on the one count indictment.

It is so ordered.

/s/ Michael A. Ponsor
United States District Judge