UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
v. )  04-CR-30034-MAP
)
**MICHAEL A. CROOKER** )

ORDER OF RECUSAL

September 9, 2010

**PONSOR, U.S.D.J.**

    On June 18, 2010 the Court of Appeals remanded this case to this court, directing entry of a judgment of acquittal. U.S. v. Crooker, 608 F.3d 94 (1st Cir. 2010). The mandate in the case has now issued, and a judgment of acquittal has entered in accordance with the First Circuit's order.

    The court hereby recuses itself from any further involvement in any proceedings related to this case. A number of motions, including several motions for issuance of a Certificate of Innocence, have been filed. Once the case has been drawn to a new judge, these motions may be addressed.

    It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge