United States Marshals Service
LIMITED OFFICIAL USE
Preliminary Inappropriate Communication Report (HQ Control #0938-0304-0898-T)



To:     Chief, Court Security Division
        United States Marshals Service

From:   United States Marshal
        MASSACHUSETTS

1. Date I.C. Received: 03/0?/2009   District: MA BOSTON (Warrants)

2. Lead Deputy: ▮▮▮▮   Submitted by: ▮▮▮▮
   Title: Criminal Investigator   Phone: ▮▮▮▮

3. Victim: ▮▮▮▮
   Title:
   Sex:

4. I.C. Method: Written
   Received at:

5. Suspect Name: CROOKER, MICHAEL   FID#:9073
   DOB: 07/12/1953  Sex: M  Race: W  S.S.#: 031428130  FBI#: 383099H
   BOP #: 03631158   Incarcerated at: FCI LORETTO

6. ▮▮▮▮

7. Victim Notified? Yes

8. Date FBI Notified: Not Notified

9. Narrative description of the threat and the subsequent action taken:
On March 3, 2009 D/Mass Springfield Office was notified by ▮▮▮▮ that ▮ had received a letter from inmate Michael Crooker. (Crooker has written ▮▮▮ in the past.) But ▮▮▮ was somewhat concerned about this particular letter. Crooker is serving 22 years on a silencer charge and faces additional charges (he's under indictment) on Weapons of Mass Destruction charges. But he also has a possibility of being released if he wins an appeal of the original case and that would also effect his WMD charges also,(Fruits of the Poisonous Tree Doctrine). His case was heard before the U.S Court of Appeals First Circuit on March 4, 2009.

Out of a tremendous amount of caution the USMS has taken the position that Crooker's most recent letter is being treated as an Inappropriate Communication since ▮▮▮▮ nervous about the letter.

There does not appear to be any threat veiled or otherwise in the I.C.

Exhibit 2

138