

**U.S. Department of Justice**

United States Marshals Service

*Judicial Security Division*

---

Washington, DC 20530-1000

Date: March 11, 2009

TO:   Inmate Records Office

      FCI LORETTO
      P.O. Box 1000
      Loretto, PA. 15940

FROM: ████████████████████████████  b7c

(U.S. Marshal or Designated Representative)

|  |  |
|---|---|
| NAME: | **CROOKER, Michael** |
| DOB: | **May 12, 1953** |
| DISTRICT: | **Massachusetts** |
| Prisoner # (USMS/FID): | **03631-158 / 9073** |

The above subject is under investigation by the U.S. Marshals Service as he/she may pose a threat to the life of a Federal Judge(s) or other USMS Protectee(s). In order to maintain both the safety of the protectee(s) and the integrity of the protective investigation, we are requesting that the existence of this investigation and the nature of this form not be revealed to the inmate.

If this person is released, transfers, escapes, or leaves your institution for any reason, please telephone the U.S. Marshals Service, Judicial Security Division, Office of Protective Intelligence **IMMEDIATELY**, at the following number:

## 202-307-6100

---

\* **THIS FORM IS LAW ENFORCEMENT SENSITIVE - PLEASE PLACE THIS FORM IN A HIGHLY VISIBLE LOCATION IN YOUR FILE FOR LAW ENFORCEMENT PERSONNEL ATTENTION ONLY** \*

Form USM-549C
Rev. 11/06



Exhibit 3

