```
   BROCL  540*23 *           SENTENCE MONITORING           *    07-29-2011
PAGE 001        *            COMPUTATION DATA              *    12:30:24
                             AS OF 07-29-2011

REGNO..: 03631-158 NAME: CROOKER, MICHAEL A


FBI NO............: 38309H              DATE OF BIRTH:      -1953
ARS1..............: BRO/A HLD
UNIT..............: C                   QUARTERS.....: Z07-908LAD
DETAINERS.........: NO                  NOTIFICATIONS: YES

HOME DETENTION ELIGIBILITY DATE: 01-18-2017

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 07-18-2017 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 050 --------------------

COURT OF JURISDICTION............: MASSACHUSETTS
DOCKET NUMBER....................: 3 07 CR 30038 - 001
JUDGE............................: WOODLOCK
DATE SENTENCED/PROBATION IMPOSED: 06-20-2011
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                    FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:     $200.00        $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  120
OFF/CHG: 18:876(C)MAILING A THREATENING COMMUNICATION(CT1)
         18:175B(C)(I)POSSESSION OF TOXIN WITHOUT REGISTRATION(CT9)

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    180 MONTHS
 TERM OF SUPERVISION.............:    3 YEARS
 DATE OF OFFENSE.................: 05-01-2004




G0002      MORE PAGES TO FOLLOW . . .
```

*In custody +
designated to
FCI Otisville*

Exhibit 4

```
  BROCL   540*23 *              SENTENCE MONITORING              *    07-29-2011
PAGE 002          *              COMPUTATION DATA                *    12:30:24
                                AS OF 07-29-2011

REGNO..: 03631-158 NAME: CROOKER, MICHAEL A


------------------------CURRENT COMPUTATION NO: 040 -------------------------

COMPUTATION 040 WAS LAST UPDATED ON 07-12-2011 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-14-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 050 010

DATE COMPUTATION BEGAN.. .......: 06-20-2011
TOTAL TERM IN EFFECT............:    180 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     15 YEARS
EARLIEST DATE OF OFFENSE........: 05-01-2004

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     06-23-2004   06-19-2011

TOTAL PRIOR CREDIT TIME.........: 2553
TOTAL INOPERATIVE TIME. ........: 0
TOTAL GCT EARNED AND PROJECTED..: 705
TOTAL GCT EARNED....... ........: 378
STATUTORY RELEASE DATE PROJECTED: 07-18-2017
EXPIRATION FULL TERM DATE.......: 06-23-2019


PROJECTED SATISFACTION DATE.....: 07-18-2017
PROJECTED SATISFACTION METHOD...: GCT REL




G0002       MORE PAGES TO FOLLOW . . .
```

```
 BROCL  540*23 *           SENTENCE MONITORING         *    07-29-2011
PAGE 003       *            COMPUTATION DATA           *    12:30:24
                           AS OF 07-29-2011

REGNO..: 03631-158 NAME: CROOKER, MICHAEL A


------------------------------- CURRENT NOTIFIES: -----------------------------

NOTIFY NO....: 001
DATE RECEIVED: 03-13-200:
AUTHORITY....: USM-MASSACHUSETTS  FRANK DAWSON
ADDRESS......: JUDICIAL SECURITY DIVISION
               WASHINGTON, DC 20530
PHONE NUMBER.: (202) 307-6100




G0002      MORE PAGES TO FOLLOW . . .
```