| U.S. Department of Justice | DRAFT |  |
| United States Marshals Service | | |

### REPORT OF INVESTIGATION                                                                 Page 1 of 1

| 1. FID/CASE: 9073 / 0938-0304-0898-  | 2. DATE OF REPORT: 04/10/2009 | 3. REPORTED BY: ▮ |
| 4. SUBJECT NAME: CROOKER, MICHAEL | | AT: 038 |

5. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION          [ ] ARREST
[ ] COLLATERAL LEAD                             [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW                           [ ] MEMORANDUM TO FILE
[x] OTHER: CLOSING (USM11 210991)

Subject is currently incarcerated at FCI LORETTO and is facing additional charges in the D/Mass. He is currently serving a 22 year sentence and faces life if convicted on the new charges,(possession of WMD's).

All of these things being considered and the fact that after reviewing this case ▮ b7C feels the that Subject: POSES NO THREAT OR RISK TO THE PROTECTEE AT THIS TIME.

The case was originally opened because the protectee ▮ felt more or less uncomfortable with the fact that the subject had written ▮ a letter. But the protectee had failed to inform the USMS that the subject had also done this in the past.

As a result of this, ▮ had a meeting with the subject's attorney and the attorney (Tim Watkins) agreed to relay to the subject that he was not to communicate with the protectee.

b7C

This case will be closed pending any further intelligence or information that may come forward.

CASE CLOSED.

| 6. SIGNATURE (Name and Title) ▮ b7C | 7. DATE 04/10/2009 4:24 PM EDT | 10. DISTRIBUTION __DISTRICT __HEADQUARTERS __OTHER |
| 8. APPROVED (Name and Title) | 9. DATE | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

04/10/2009 4:24 PM EDT



Exhibit 5

136